14-14-890-CR

Appeal No. 1372460

in the

14th Court of Appeals
at Harris County, Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

MAY 29 2015

CHRISTOPHER A. PRINE
CLERK

Daniel    Edison

vs.

The State of Texas

Appeal of Cause no. 1372460 from the 232nd Judical District Court of Harris County, Texas. First motion for extension of time to file Appeallants Pro Se Brief or response to Anders Brief.

To the Honorable Justices of the Court of Appeals:

Comes now Daniel Edison, Appeallant Pro Se and Respectfuly moves the court to extend the deadline for filing his Brief by 30 days. In support, Appeallant would show the following:

I

On Oct 2nd, 2014 the jury found the Appeallan guilty of Aggravated robbery with a deadly weapon (two cases) the jury assessed punishment at 45 years imprisonment in T.D.C.J.

II

On May 4th, 2015 Appeallant received notic by mail that his Appeals Attorney filed an Anders Brief on his behalf to notic that Appeallant that he has a right

to file a Pro Se Brief or response to the Anders Brief.

## III

On May 4th, 2015 the Appellant record was first made available to appellant. The deadline for filing appellants response is May 28th, 2015.

## IV

This is Appellants first req. for extension. Appeallant is unable to meet deadline for the following reasons, limited access to law library to a few hours a day, limited legal knowledge thereby slowing down his search.

## V

For the reasons stated above, App. respectfully req. an additional 30 days to complete the Pro Se Brief in support of Appeallants Appeal.

## VI

Appeallant prays that the court grant motion and extend the time to file appeal. Pro Se Brief by 30 days, extending the response deadline to June 26th, 2015.

Respectfully Submitted,

Daniel Reypuulfo Edison

App. Pro Se

DANIEL R. EDISON    1958042
HOLLIDAY UNIT
295 IH 45 NORTH
HUNTSVILLE, TX  77320

Chris Daniel
Clerk of the 14th court of Appeals
301 Fannin Dr. Houston ,Texas 77002


Dear Sir

   On May 4th, 2015, my Appeal attorney notified me that an Anders Brief was filed on my behalf as outlined in Anders v. California and further advised me of my right to file a Pro Se Brief or response to the Anders Brief. By this, letter I am giving you notice that I wish to file a Pro Se Brief.

I also request an extension of time in which to file my Brief. Enclosed please find my first motion for extension of time. Please file and bring to the attention of the Court.

Thank you for your consideration.

                              Respectfully
                              Daniel Reynulfo Edison
                              Appeallant, Pro Se


                    DANIEL R. EDISON  1958042
                    HOLIDAY UNIT
                    295 IH 45 NORTH
                    HUNTSVILLE ,TX  77320